**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **Phillip McPherson,** | ) | **Case No.:**    3:25-6176-JDA |
| | ) | **(Formerly 2025CP4003278)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Bojangles' Restaurants, Inc. d/b/a** | ) | **NOTICE OF REMOVAL** |
| **Bojangles #850; Walmart, Inc.; Wal-Mart** | ) | |
| **Stores East, L.P. d/b/a Walmart** | ) | |
| **Supercenter #4440; and Kraft Heinz** | ) | |
| **Foods Company,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Kraft Heinz Foods Company, Walmart, Inc., and Wal-Mart Stores East, L.P. d/b/a Walmart Supercenter #4440 would respectfully show the Court in support of its Notice of Removal that:

1.    The Summons and Complaint in this action were filed on May 7, 2025, in the Court of Common Pleas for Richland County, South Carolina.  Attached for the Court are copies of Plaintiff's Summons and Complaint.  The Complaint is the first pleading provided to the Defendants in this action, and Plaintiff's counsel first provided notice of the pleading against Kraft Heinz Foods Company with service on June 4, 2025, and Walmart, Inc. on June 4, 2025. Therefore, removal is timely under 28 U.S.C. §1446(b).

2.    The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332.  Upon information and belief, the Plaintiff is a resident of the State of South Carolina, specifically Lexington County, South Carolina. Defendant Kraft Heinz Foods Company is a corporation organized and existing pursuant to the laws of the State of Pennsylvania with its

principal places of business in Chicago, Illinois at 200 E. Randolph St., Suite 7600, Chicago, Illinois 60601.  Upon information and belief, Defendant Walmart, Inc. and Wal-Mart Stores East, L.P. are companies organized and existing pursuant to the laws of the State of Delaware with their principal places of business in Arkansas.  Upon information and belief, Bojangles' Restaurants, Inc. d/b/a Bojangles #850 is a company organized and existing pursuant to the laws of the State of Delaware with their principal place of business in North Carolina.

3.     Plaintiff has brought claims against Defendants based on alleged food poisoning caused by consumption of contaminated food.

4.     Venue is proper in this matter in the Columbia Division of this Court in accordance with 28 U.S.C. §1441(a).

4.     Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 based on Plaintiff's allegation that "Plaintiff's had food poisoning; the Plaintiff has incurred medical bills for treatment and has suffered pain and discomfort, all to his actual and punitive damages." Compl. ¶5.

5.     Defendants have filed no pleadings in this action with the Richland County Court of Common Pleas in response to Plaintiffs' Complaint; however, Defendants will timely file a responsive pleading to Plaintiff's Complaint.

6.     Defendants have furnished a copy of this Notice of Removal to the Clerk of Court for Richland County, South Carolina.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**


s/Christy Mahon
Christy E. Mahon Fed. I.D. No. 7896
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEY FOR THE DEFENDANTS
KRAFT HEINZ FOODS COMPANY'S,
WALMART, INC., AND WAL-MART STORES
EAST, L.P. D/B/A WALMART SUPERCENTER
#4440**


Columbia, South Carolina

June 24, 2025